# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSEPH T. HENNEY JR.,            :   No. 764 MAL 2015

           Petitioner            :

           :   Petition for Allowance of Appeal from
           :   the Order of the Commonwealth Court

           v.            :

COMMONWEALTH OF PENNSYLVANIA,   :
DEPARTMENT OF TRANSPORTATION,   :
BUREAU OF DRIVER LICENSING,       :

           Respondent          :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

       Mr. Justice Eakin did not participate in the decision of this matter.